UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES CRAFT,<br><br>                        Plaintiff,<br><br>   v.<br><br>DIRECTOR OF CALIFORNIA STATE DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>                        Defendants. | Case No. CV 10-6687-VBF (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 638, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Plaintiff has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

     IT IS HEREBY ORDERED that judgment be entered dismissing this action with prejudice.

     The dismissal of this action for failure to state a claim constitutes a "strike" under 28 U.S.C. § 1915(g). Plaintiff is warned that, if he accumulates one more strike, he will be

barred from filing civil rights actions in the future without first paying the $350 filing fee, unless he can establish that he is under imminent danger of serious physical injury.

DATED: 3-22-11

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2