# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES CRAFT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CALIFORNIA STATE DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　Defendants. | Case No. CV 10-6687-VBF (JEM)<br><br>**J U D G M E N T** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith.

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:　3-22-11

　　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE